"Baggott & Ryall," in the course of business in which they were engaged as copartners.

Under the removal act, Baggott, not being a nonresident, could not remove the action to this court. Martin v. Snyder, 148 U. S. 663, 13 Sup. Ct. 706, 37 L. Ed. 602. The act so provides. The suit could not have been begun in the federal court against Ryall, a resident of New Jersey, by service upon him in the state of New York. Smith v. Lyon, 133 U. S. 315, 10 Sup. Ct. 303, 33 L. Ed. 635. Hence there can be no removal as to him. The rule would be different as to an alien. Bowers v. Atlantic, G. & P. Co. (C. C.) 104 Fed. 889; In re Hohorst, 150 U. S. 650, 14 Sup. Ct. 221, 37 L. Ed. 1211.

The action should be remanded.

---

# MEMORANDUM DECISIONS.

---

INTERNATIONAL POSTAL SUPPLY CO. OF NEW YORK v. BRUCE et al. (Circuit Court of Appeals, Second Circuit. August 3, 1904.) No. 72. Appeal from the Circuit Court of the United States for the Northern District of New York. Louis Marshall, for appellant. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Decree of Circuit Court (114 Fed. 509) affirmed.

---

McCABE v. AMERICAN WOOLEN CO. (Circuit Court of Appeals, First Circuit. November 3, 1904.) No. 532. In Error to the Circuit Court of the United States for the District of Massachusetts. Before COLT, Circuit Judge, and ALDRICH and BROWN, District Judges.

PER CURIAM. We agree with the reasoning and conclusion of the Circuit Court (124 Fed. 283), and upon the grounds set forth in the opinion of that court its judgment is affirmed. The judgment of the Circuit Court is affirmed, and the defendant in error recovers its costs of appeal.

---

REMBERT ROLLER COMPRESS CO. v. AMERICAN COTTON CO. (Circuit Court of Appeals, Fifth Circuit. October 12, 1904.) No. 1,289. Appeal from the Circuit Court of the United States for the Eastern District of Texas. On petition for rehearing. For former opinion, see 129 Fed. 355. Before PARDEE, Circuit Judge, and SPEER and NEWMAN, District Judges.

PER CURIAM. No one of the judges who participated in this decision having asked for a rehearing, and being fully satisfied with our former decree in the case, the petition for rehearing is denied.

---

NORCROSS v. SOCIETY OF LYING–IN HOSPITAL OF NEW YORK. (Circuit Court, S. D. New York. October 6, 1904.) Motion for Further Bill of Particulars. F. L. Crawford, for the motion. Jno. C. Wait, opposed.

LACOMBE, Circuit Judge. The plaintiff should amend his so-called supplemental account, so as to include a reference by number to the items on bill